Monday,
June 9.

LAIRD *against* M'CONACHY.

IN ERROR.

Where, up-on appeal from the judgment of a justice of the peace for less than 100 dollars, the sum awarded by the arbitra-tors exceeded the sum of 100 dollars and interest there-on up to the time of the award, *held*, that the jus-tice had not jurisdiction.

ERROR to the Court of Common Pleas of *Mifflin* county.

This was an appeal to the Court below, from the judgment given by a justice of the peace in favour of *M'Conachy*, the plaintiff below, for 83 dollars, 82 cents. The appeal to the Court of Common Pleas was on the 20th *July*, 1814. Arbi-trators were chosen, and an award filed on the 15th *Novem-ber*, 1814, in favour of the plaintiff, for 112 dollars, and 27 cents.

*Watts*, for the plaintiff in error, contended, that the justice had no jurisdiction, because the debt exceeded 100 dollars, and cited *Moore* v. *Wait.(a)*

*Hall*, contra.

THE COURT, without hearing the plaintiff's counsel in reply, were of opinion, that the judgment could not be sup-ported, inasmuch as it appeared, that the cause of action before the justice was for more than 100 dollars. The suit was upon an account, and supposing it to amount to 100 dol-lars, the interest to the time of the award made, could not bring it to 112 dollars and 27 cents, the sum awarded. There-fore, the amount of the account in suit before the justice must have been more than 100 dollars. This brings it directly within the reason of the case of *Moore* v. *Wait*.

Judgment reversed.

(a) 1 *Binn*. 219.